# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Billy Steven Bravo Morales<br>*Plaintiff(s)*<br>v.<br>Francis Victor Cook; Seaco National Corp. d/b/a Southeast Pet; and MHC Truck Leasing LLC,<br>*Defendant(s)* | Civil Action No. 7:26-cv-05345-DCC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Francis Victor Cook
3174 Barrett Lakes Bolvd, RM 125
Kennesaw, GA 30144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James G. Biggart II
M. Cooper Klaasmeyer
4401 Belle Oaks Drive, Suite 300
North Charleston, South Carolina 29405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH CAROLINA ★

*CLERK OF COURT*

Date: November 03, 2026

s/Angela Lewis
*Signature of Clerk or Deputy Clerk*

Civil Action No. 7:26-cv-05345-DCC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset